UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EAGLE EQUIPMENT COMPANY, INC.

    Plaintiff,

  v.

VALLEJO DEVELOPMENT COMPANY, INC., et al,

    Defendants.
_____/

NO. CIV. S-92-982 LKK/PAN

O R D E R

    No action has been taken in the above captioned case since 1995. Within twenty (20) days of the date of this order, the parties shall file statements with the court regarding the status of the case. If no statements are filed, the case will be terminated.

    IT IS SO ORDERED.

    DATED: October 6, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT