UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EAGLE EQUIPMENT COMPANY, INC.

      Plaintiff,

  v.

VALLEJO DEVELOPMENT COMPANY, INC., et al,

      Defendants.
_____/

NO. CIV. S-92-982 LKK/PAN

O R D E R

On October 6, 2006, the court issued an order stating that the parties were to file statements with the court regarding the status of the case. The order explained that if no statements were filed within twenty days, the case would be closed. Twenty days have elapsed and no statements have been filed. Accordingly, the Clerk of the Court is hereby directed to CLOSE the above captioned case.

    IT IS SO ORDERED.

    DATED: November 6, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT